# Court of Appeals
# of the State of Georgia

ATLANTA,    March 05, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1011.  KEITH ANTONIO SMITH v. STATE OF GEORGIA.**

Appellant has moved for an order remanding the case to the DeKalb County Superior Court, with directions that the Clerk of Superior Court: (1) hold the record until the transcript of the motion for new trial hearing, citing both the date of the hearing and the name of court reporter, has been completed; and (2) upon complettion, transmit to the Court the transcript of the hearing along with the record.

Upon considertion of the Appellant's Motion to Remand, the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/05/2014
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*